**Order entered June 15, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00109-CV

### IN THE INTEREST OF S.S., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-03102**

### ORDER

Before the Court is appellant's motion to extend time to file his brief. We

**GRANT** the motion and **ORDER** the brief received June 11, 2021 filed as of the

date of this order.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE